**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| TECHNIP OFFSHORE CONTRACTORS, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-04-0096 |
| | § | |
| WILLIAMS FIELD SERVICES, *et al.*, | § | |
| | § | |
| Defendants. | § | |

**FINAL JUDGMENT**

On March 21, 2007, after a bench trial, the court issued its Memorandum of Opinion Setting Out Findings of Fact and Conclusions of Law, (Docket Entry No. 200).  As set forth in these Findings and Conclusions, this court found in favor of the defendants in the amount of $2.3 million on their counterclaims.  Before the bench trial, the court issued a Memorandum and Opinion, (Docket Entry No. 147), granting summary judgment in favor of defendants on the plaintiff's claims. This Final Judgment is entered in accoradnce with the Findings and Conclusions, the Memorandum and Opinion, and orders dismissing other claims based on the parties' agreement.

Judgment is entered in favor of the defendants on the plaintiff's claims.  Judgment is entered on defendant's counterclaims in favor of the defendants and against the plaintiff in the amount of $2.3 million ($2,300,000.00).

The judgment does not address recoverable costs or attorneys' fees.

SIGNED on March 31, 2007, at Houston, Texas.

Lee H. Rosenthal
United States District Judge